24cr249 MJD/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| --- | --- | --- |
| Plaintiff, | ) ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| DEONTATE LERAIL LEATHERBERRY, | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about August 27, 2020 in the State and District of Minnesota, the defendant,

**DEONTATE LERAIL LEATHERBERRY**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
| --- | --- | --- |
| Aggravated Robbery – 2nd Degree | St. Louis County, MN | October 2, 2008 |
| Witness Tampering | St. Louis County, MN | October 2, 2008 |
| Domestic Assault | St. Louis County, MN | October 11, 2012 |
| Manufacture or Deliver Heroin | Douglas County, WI | March 11, 2015 |
| Possession of Narcotics | Racine County, WI | July 3, 2018 |



SCANNED
SEP 12 2024
U.S. DISTRICT COURT MPLS

U.S. v. Deontate Lerail Leatherberry

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Taurus Model G2C 9mm pistol bearing serial number ABH779891, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in or used in the commission of such violation including, but not limited to, a Taurus Model G2C 9mm pistol bearing serial number ABH779891, together with any ammunition and accessories seized therewith.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                             FOREPERSON